# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SETH DANIELS,

  Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC,

  Defendants.
_____/

CASE NO.: 8:25-cv-00466-JSM-LSG

## NOTICE OF SETTLEMENT AS TO DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC.

COMES NOW Plaintiff, SETH DANIELS, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 25th day of March, 2025.

                                                                         **/s/ Octavio Gomez**
                                                                         Octavio "Tav" Gomez
                                                                         Florida Bar No.: 0338620
                                                                         Georgia Bar No.: 617963
                                                                         Pennsylvania No.: 325066
                                                                         The Consumer Lawyers PLLC

501 E. Kennedy Blvd, Ste 610<br>
Tampa, Fl 33602<br>
Cell: (813) 299-8537<br>
Facsimile: (844) 951-3933<br>
Tav@theconsumerlawyers.com<br>
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 25th day of March, 2025 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/ Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar No.: 0338620
The Consumer Lawyers PLLC
*Attorney for Plaintiff*